IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **WILLIAM M. TRUSSELL,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:10-CV-2169-L** |
| § | |
| **COMMISSIONER OF THE**, § | |
| **SOCIAL SECURITY ADMINISTRATION**, § | |
| § | |
| Defendant. § | |

## ORDER

Before the court is the Petition to Obtain Approval of a Fee for Representing a Claimant Under the Social Security Act (Doc. 26), filed by Plaintiff, through his counsel, on April 24, 2013. The Petition was referred to Magistrate Judge Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on September 30, 2013, recommending that it be granted in part and denied in part. Specifically, the magistrate judge recommended that Plaintiff be awarded a sum of $10,179, pursuant to 41 U.S.C. § 406(b). On October 3, 2013, Plaintiff notified the court that he has no objections to the Report.

After a review of the pleadings, file, record, applicable law, and the magistrate judge's findings and conclusions, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the Petition to Obtain Approval of a Fee for Representing a Claimant Under the Social Security Act (Doc. 26) is **granted in part and denied in part** for the reasons set forth in the magistrate judge's Report, and Plaintiff is awarded attorney's fees in the amount of **$10,179**, pursuant to 41 U.S.C. § 406(b).

**It is so ordered** this 22nd day of October, 2013.

_____
Sam A. Lindsay
United States District Judge